# EXHIBIT "A"

The following is an audio recording of the musical composition and recording of "Come Up," which is the subject of the Plaintiff's complaint, in the case of Watt v. Butler, et al, Civil Action File No. 1:08:CV-3386-TWT:



**Click the above play button to listen to "Come Up"**

Technical Note: This audio recording has been prepared in the Adobe Flash format to ensure compatibility with a broad range of computer systems without requiring the use of any paid-access media players.

You may need to download the latest version of 1) Adobe Reader and 2) Adobe Flash Player.

Adobe Reader is available to you at no cost by visiting:

http://get.adobe.com/reader/

Adobe Flash Player is available to you at no cost by visiting:

http://get.adobe.com/flashplayer/

When attempting to listen to this audio file, ensure your computer's audio output is not muted and that your speakers, headphones, or other audio output device is turned to the *on* position.