IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES WATT d/b/a Silverhawk Records, d/b/a Bend Of The River Publishing, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS BUTLER d/b/a Black Eye B Music, LAFABIAN WILLIAMS d/b/a Perry Homes Music PublishingArtist Publishing Group, CARLOS WALKER d/b/a D4LXL Music, ADRIAN PARKS d/b/a Stoney Man Music (individually and d/b/a D4L); TERIYAKIE SMITH d/b/a Beatz 4 Da Streetz; MARK ROBINSON d/b/a Mark Your Mind Music; UNIVERSAL MUSIC-MGB SONGS; ATLANTIC RECORDS, LLC; ASYLUM RECORDS, LLC; DEE MONEY ENTERTAINMENT; MARK JORDAN p/k/a DJ Pooh and WEA CORP., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 1:08-CV-3386 |

### AFFIDAVIT OF TERIYAKIE SMITH

Personally appeared before the undersigned officer, duly authorized to administer oaths, TERIYAKIE N. SMITH, who, after being duly sworn, swears under oath as follows:


EXHIBIT "C"

1.

My name is TERIYAKIE NICODEAN SMITH and I am a resident of Fulton County, Georgia. I am over the age of twenty-one and otherwise competent to give this Affidavit. I have been named as a Defendant in this action. My statements are based upon my own personal knowledge of the facts stated in this Affidavit.

2.

I am a producer, composer and publisher of musical compositions. My publishing company is a sole proprietorship named "Beatz 4 Da Streetz" and is affiliated with the performing rights organization ASCAP.

3.

I am the sole producer and composer for all the music contained in the musical composition "Betcha Can't Do It Like Me" (hereinafter "Betcha"), which is the subject of this action.

4.

The original music and beats for the musical composition "Betcha" was independently created by me from scratch in one day in early 2004 in the D4L Studios on Bankhead Highway (now Donald Lee Hollowell Hwy.), Atlanta, Georgia on the studio computer using the "Fruityloops" audio workstation software program. No musical instruments were played or used to create the music

on "Betcha". I "played" the keyboard on the computer creating the digital music and beats for "Betcha".

5.

Present in D4L Studios when I created the music for "Betcha" were LeFabian Williams, Adrian Parks, Carlos Walker, Dennis Butler, Jimmy Turner, and Mark Robinson. LeFabian Williams, Adrian Parks, Carlos Walker and Dennis Butler are the four (4) members of the musical group "D4L" who later signed exclusive contracts with Asylum Records, LLC., who manufactured and released their recordings.

6.

I created the music for the song "Betcha" from scratch on the computer within a few hours. The four members of the musical Group "D4L", LaFabian Williams, Adrian Parks, Carlos Walker and Dennis Butler, along with side-artist Mark Robinson, each wrote some lyrics and performed vocals on the song.

7.

The same day that I created the music on "Betcha", LeFabian Williams recorded his vocals first, then Mark Robinson recorded his vocal part, then Dennis Butler, then Adrian Parks, and finally Carlos Walker. The complete song and recording of "Betcha" was finished in one day with everyone's vocal parts recorded that same day.

8.

After the song and recording of "Betcha" was finished, Dennis Butler took the recording to the Pool Palace nightclub to be played for the public.

9.

In the fall of 2005 I assigned my rights in the master recording of "Betcha" to several companies including Asylum and Atlantic Recording Corporation, who released and distributed the album titled "Down For Life" by D4L containing the song and master recording of "Betcha".

10.

I never heard anything from the soundtrack album from "The Dirty South" movie, or the song "Come Up", until after this lawsuit was filed in November 2008. I have never seen the movie "The Dirty South". Until this lawsuit was filed, I never heard of the movie "The Dirty South" or any soundtrack from this movie.

FURTHER AFFIANT SAYETH NOT.

Affiant:

*/s/ Teriyakie Smith*
TERIYAKIE N. SMITH

Sworn to and subscribed before me,
This 26 day of May, 2009.

*/s/ Ellen Younker*
Notary Public
My commission expires:
1/10/2011