IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES WATT d/b/a Silverhawk Records, d/b/a Bend Of The River Publishing, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:08-CV-3386-TWT |
| DENNIS BUTLER d/b/a Black Eye B Music, LAFABIAN WILLIAMS d/b/a Perry Homes Music Publishing, Artist Publishing Group, CARLOS WALKER d/b/a D4LXL Music, ADRIAN PARKS d/b/a Stoney Man Music (individually and d/b/a D4L); TERIYAKIE SMITH d/b/a Beatz 4 Da Streetz; MARK ROBINSON d/b/a Mark Your Mind Music; UNIVERSAL MUSIC-MGB SONGS; ATLANTIC RECORDS, LLC; ASYLUM RECORDS, LLC; DEE MONEY ENTERTAINMENT; MARK JORDAN p/k/a DJ Pooh and WEA CORP., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' INITIAL DISCLOSURES

Come Now Defendants DENNIS BUTLER d/b/a Black Eye B Music, LAFABIAN WILLIAMS d/b/a Perry Homes Music Publishing, CARLOS WALKER d/b/a D4LXL Music and ADRIAN PARKS d/b/a Stoney Man Music

(individually and collectively d/b/a D4L), TERIYAKIE N. SMITH d/b/a Beatz 4 Da Streetz, MARK ROBINSON d/b/a Mark Your Mind Music, ATLANTIC RECORDS (ATLANTIC RECORDING CORPORATION) ASYLUM RECORDS, LLC and WEA CORP. (WARNER-ELEKTRA-ATLANTIC CORPORATION) [hereinafter referred to as "D4L Defendants"] who provide the following Initial Disclosures pursuant to F.R.C.P. 26(a)(1) and LR 26.1

**1.  If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.**

<u>Response:</u>

In his Complaint, Plaintiff Charles Watt, d/b/a Silverhawk Records, d/b/a Bend of the River Publishing (hereinafter "Plaintiff") names two of the Defendants as "Atlantic Records" and "WEA Corp.".  The full and complete corporate names for these two Defendants, respectively, are Atlantic Recording Corporation d/b/a Atlantic Records (hereinafter "Atlantic") and Warner-Elektra-Atlantic Corporation d/b/a WEA Corp. (hereinafter "WEA").

**2.  Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff.  If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

<u>Response:</u>

2

Based on their current knowledge, the D4L Defendants contend that there are not any necessary parties to this action whom Plaintiff has not named. As to the question of a misjoinder of parties, the D4L Defendants contend that named defendant Mark Jordan p/k/a "DJ Pooh" was not involved in any fashion in the creation or recording of the alleged infringing musical composition and sound recording "*Betcha Can't Do It Like Me*" ("*Betcha*"). This contention by the D4L Defendants is based upon the personal knowledge of Defendants Dennis Butler, Lefabian Williams, Adrian Parks, Carlos Walker, Mark Williams and Teriyakie Smith, who were all present in D4L Studios on the day when *Betcha* was created, written and recorded.

**3. Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.**

<u>Response:</u>

Plaintiff purports to allege that the musical composition entitled *Betcha Can't Do It Like Me*, which was solely composed, written and recorded by the individual Defendants Dennis Butler, Lafabian Williams, Carlos Walker and Adrian Parks (professionally known as a musical group called "D4L") along with Defendants Teriyakie Smith and Mark Robinson, copied certain musical portions and infringes the copyright in and to Plaintiff's earlier copyrighted composition entitled *Come*

*Up* a/k/a *Come Up (Million Ways)* ["*Come Up*"]. Plaintiff claims that this infringement liability extends to the corporate Defendants Asylum, Atlantic and WEA based primarily on the fact that these corporations entered into recording, manufacturing and distribution agreements with certain of the individual members of D4L and had certain licensing activity with respect to the sound recording of "Betcha" released on the album titled "Down For Life" by D4L. The D4L Defendants deny Plaintiff's allegations of any copying or infringement in their entirety and contend that the lawsuit is frivolous and should be dismissed on the following grounds: (i) that Plaintiff has failed to state any claims upon which relief may be granted against the D4L Defendants; (ii) that there has been no copying of any portion of the song *Come Up* in the song *Betcha,* and none can be shown; (iii) that Plaintiff cannot show or prove any access to *Come Up* prior to the creation of *Betcha* by the D4L Defendants; (iv) that Plaintiff cannot show or prove any substantial similarity between *Come Up* and the song *Betcha*; (v) that the musical composition and sound recording *Betcha* was independently created from "scratch" by producer Teriyakie Smith, the individual members D4L and Mark Robinson. Defendants further contend that if any similarity between the musical compositions *Come Up* and *Betcha* could possibly be shown, which Defendants deny, such similarity would be *de minimus* and therefore not

actionable.

**4. Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.**

**<u>Response:</u>**

Based on its current knowledge, the D4L Defendants contend that the following authority is applicable to this action:

The Copyright Act of 1976, 17 U.S.C. § 101 *et. seq.* and case law interpreting its application, including, without limitation and for purposes of illustration only: *Feist Publications, Inc. v. Rural Telephone Service Co., Inc.*, 499 U.S. 340, 111S.Ct. 1282, 113 L.Ed. 2d 358 (1991); *Original Appalachian Artworks, Inc. v. The McCall Pattern Company*, 649 F.Supp. 832 (N.D. Ga. 1986); *Original Appalachian Artworks, Inc. v. Toy Loft, Inc.*,, 684 F.2d 821 (11th Cir. 1982); *Calhoun v. Lillenas Publishing, et al.,* 298 F.3d 1228 (11th Cir. 2002); *Herzog v. Castle Rock Entertainment*, 193 F.3d 1241 (11th Cir. 1999); *Beal v. Paramount Pictures*, 20 F.3d 454 (11th Cir. 1994); *Araron Lassin, et al. v. Island Def Jam Music Group, et al.*, 2005 WL 5632056 (S.D.Fla 2005) citing *Walker v. Time Life Films, Inc.,* 784 F.2d 44 (2d Cir. 1986); *Mitek Holdings, Inc. v. Arce Engineering Company, Inc.,* 89 F.3d 1548 (11th Cir. 1996); *Ferguson v. National Broadcasting Company, Inc.,* 584 F.2d 111 (5th Cir. 1978); and *Benson v. Coca-Cola Co.*, 795

F.2d 973 (11th Cir. 1986).

The D4L Defendants reserve their right to supplement this disclosure as more information becomes known.

**5. Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defense, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)**

**Response:**

The D4L Defendants have not yet identified all of the individuals likely to have discoverable information that they may use to support their defenses other than those individuals noted below. Other than the Plaintiff, Charles Watt, the individuals listed can provide information about the independent creation of *Betcha Can't Do It Like Me.* As the D4L Defendants acquire this information, they will supplement their response to this disclosure.

1. Plaintiff Charles Watt, through Plaintiff's counsel in this action.

2. Defendant Dennis Butler, through his legal counsel in this action.

3. Defendant Lafabian Williams, through his legal counsel in this action.

4. Defendant Carlos Walker, through his legal counsel in this action.

5. Defendant Adrian Parks, through his legal counsel in this action.

6. Defendant Mark Robinson, through his legal counsel in this action.

7. Defendant Teriyakie Smith, through his legal counsel in this action.

8. Jimmy Turner, address unknown.

The D4L Defendants reserve the right to amend and/or supplement this response as authorized by the Federal Rules of Civil Procedure and the Local Rules for the Northern District of Georgia.

**6. Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26 (a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)**

**Response:**

In the event that this case is not disposed of by summary judgment, the D4L Defendants intend to present an expert witness at trial, the selection of whom has not been finally determined. The D4L Defendants will supplement this disclosure as more information becomes known.

**7. Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defense unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

**Response:**

At this time, D4L Defendants have identified the categories of documents, data compilations, and tangible things in its possession, custody, or control listed

below. This list is not intended to be exhaustive, as discovery has not yet been completed.

1) October 15, 2005 Producer Agreement between Teriyakie Smith and Dee Money Entertainment, Inc., with attached Exhibit A: Letter of Direction dated as of October 15, 2005 to Atlantic/Asylum Records, Warner Music Group, in possession of counsel for Teriyakie Smith.

2) A copy of the recording of *Come Up* a/k/a *Come Up (Million Ways)* a/k/a *Come Up Outro* contained on the album titled "The Dirty South Soundtrack" and a copy of the recording of *Betcha Can't Do It Like Me* contained on the album titled "Down For Life" by D4L.

3) Several recording and/or distribution agreements between the members of D4L and Dee Money Entertainment and WEA Urban, LLC d/b/a Asylum/Atlantic Records in the possession of counsel for the D4L Defendants.

The D4L Defendants reserve the right to supplement this disclosure in accordance with the Federal Rules of Civil Procedure and the Local Rules for the Northern District of Georgia.

**8. In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered,**

**making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

**Response:**

The D4L Defendants currently have not alleged any claim for damages. Notwithstanding these initial disclosures, the D4L Defendants reserve the right to include a claim against Plaintiff for their costs and attorneys' fees in having to defend against this frivolous action, at which time the D4L Defendants will provide a computation of damages, to the extent possible, and to the extent required under the Federal Rules of Civil Procedure and/or the Local Rules of the Northern District of Georgia.

**9.  If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address and telephone number of such person or entity and describe in detail the basis of such liability.**

**Response:**

The D4L Defendants deny that any person or legal entity is liable to Plaintiff.

At this time, the D4L Defendants do not contend that there are additional persons or legal entities who should be added to this action.

**10.  Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the**

**judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

**Response:**

The D4L Defendants are not aware of any such insurance agreement.

Counsel for the D4L Defendants hereby certifies that the font and point size, Times New Roman - 14 point, used in this Defendants' Initial Disclosures are in compliance with Local Rule 5.1(C)(3).

Respectfully submitted this 11th day of June, 2009.

/s/ *Scott D. Sanders*
Scott D. Sanders, Esq.
Georgia Bar No. 625750
*Attorney for Defendants Dennis Butler d/b/a Black Eye B Music, LaFabian Williams d/b/a Perry Homes Music Publishing, Carlos Walker d/b/a D4LXL Music, Adrian Parks d/b/a Stoney Man Music, Mark Robinson d/b/a Mark Your Mind Music, Teriyakie Smith d/b/a Beatz 4 Da Streetz, Atlantic Recording Corporation, Asylum Records, LLC and Warner-Elektra-Atlantic Corporation*

Scott D. Sanders, P.C.
1348 Ponce De Leon Avenue
Atlanta, Georgia 30306-4604
Telephone:  (404) 687-9008
Facsimile:  (404) 687-9088
Email:  scott@entlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Defendants' Initial Disclosures** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification and provide a copy of such filing to the following counsel of record for Plaintiff and Defendant Universal Music:

Ronald T. Coleman, Esq.
Patrice R. Walker, Esq.
Parker Hudson Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
rcoleman@phrd.com
pwalker@phrd.com
Attorneys for Plaintiff

Richard S. Busch, Esq.
King & Ballow
110 Union Street Plaza
315 Union Street
Nashville, TN 37201
rbusch@kingballow.com
Attorneys for Plaintiff

T. Joshua R. Archer, Esq.
Justin D. Studstill, Esq.
Balch & Bingham, LLP
300 Ivan Allen Jr. Blvd. N.W.
Suite 700
Atlanta, GA 30308
jarcher@balch.com
Attorneys for Defendant Universal

This 11th day of June, 2009.

By: /s/ Scott D. Sanders
Scott D. Sanders, Esq.