# Exhibit 2

## Visual Exhibits

| Exhibit # | Contents |
|-----------|----------|
| A | "Concerto" Opus 3, No. 6 for Violin and String Orchestra, first movement, by Antonio Vivaldi (partial score) |
| B | "Symphony No. 9 (From the New World)," fourth movement, by Antonin Dvorak (partial score) |
| C | "The Good, The Bad and The Ugly" by Ennio Morricone |
| D | "Main Theme to HBO" by Ferdinand Jay Smith III |
| E | "(The System of) Doctor Tarr and Profesor Fether" recorded by The Alan Parsons Project (transcription of the opening motifs) |
| F | "Chorus of Norwegian Sailors" from Act III of The Flying Dutchman by Richard Wagner (partial score) |
| G | "Live And Let Die" recorded by Paul McCartney and Wings |
| H | "Kashmir" recorded by Led Zeppelin |
| I | "Physical" recorded by Olivia Newton John |
| J | "Old Folks At Home" by Stephen Foster |
| K | "Symphony No. 2," first movement, by Jean Sibelius (partial score) |
| L | "Saudades das Selvas Brasileiras" by Hector Villa-Lobos (partial score) |
| M | "Symphony No. 7," fourth movement, by Ludwig van Beethoven (partial score) |

# VISUAL

# EXHIBIT

# A

**Edition Schott**

*Violin · Violine*

# Antonio Vivaldi
ca. 1678 – 1741

# Concerto

for Violin and String Orchestra
für Violine und Streichorchester

opus 3/6, RV 356
A minor / a-Moll / La mineur

Edited by / Herausgegeben von
Gustav Lenzewski

**ED 3695**
ISMN M-001-04417-2

Parts available
Orchesterstimmen erhältlich

www.schott-music.com

 **SCHOTT**

Mainz · London · Madrid · New York · Paris · Prag · Tokyo · Toronto
© 1939 SCHOTT MUSIK INTERNATIONAL GmbH & Co. KG, Mainz· Printed in Germany

# Concerto

### a - Moll / La mineur / a minor

Herausgegeben und bezeichnet
von Gustav Lenzewski

Antonio Vivaldi
opus 3 No. 6, RV 356



© 1939 Schott Musik International, Mainz

Das widerrechtliche Kopieren von Noten ist verboten

4





# VISUAL

# EXHIBIT

# B

# SYMPHONY NO. 9 IN E MINOR ("From the New World")
## Fourth Movement Theme

Allegro con fuoco

Antonín Dvořák



Copyright © 2003 by HAL LEONARD CORPORATION
International Copyright Secured   All Rights Reserved

# VISUAL

# EXHIBIT

# C

*From the United Artists Motion Picture "THE GOOD, THE BAD AND THE UGLY"*

# THE GOOD, THE BAD AND THE UGLY
### (Il Buona, Il Brutto, Il Cattivo)

Copyright © 1966, 1968 EDIZIONI EUREKA, Rome, Italy
Rights for the U.S.A. and Canada controlled by EMI UNART CATALOG INC.
All Rights Reserved

By ENNIO MORRICONE



FB9706

Authorized for use by *Lawrence Ferrara*

# VISUAL

# EXHIBIT

# D



# HBO MAIN THEME

By FERDINAND JAY SMITH III

© 1982, 1985 L-T Music
Administered by American League Music (BMI)

48

# VISUAL

# EXHIBIT

# E

(The System of) Doctor Tarr and Professor Fether



# VISUAL

# EXHIBIT

# F



# RICHARD WAGNER

## MUSICAL DRAMAS

I. Rienzi . . . . . . . . (Singer)
II. Flying Dutchman . . . . (Singer)
III. Tannhäuser . . . . . . (Singer)
IV. Lohengrin . . . . . . (Uhlig)
V. Tristan and Isolda . . (Kleinmichel)
VI. Mastersingers . . . . . (Singer)
VII. Rhinegold . . . . . . (Singer)
VIII. Valkyrie . . . . . . (Singer)
IX. Siegfried . . . . . . (Singer)
X. Twilight of the Gods . . (Singer)
XI. Parsifal . . . . . . . (Singer)

# THE FLYING DUTCHMAN

COMPLETE VOCAL SCORE | ENGLISH TRANSLATION
BY OTTO SINGER | BY ERNEST NEWMAN
INTRODUCTION, CONTENTS AND MOTIVES BY CARL WAACK



Copyright of the Publishers for all Countries

BREITKOPF & HÄRTEL

BERLIN ::          LONDON ::
BRUSSELS      LEIPZIG      NEW YORK

H. B. 4601/3, 4606/11, 959, 1262

# Richard Wagner.

3

## DER FLIEGENDE HOLLÄNDER.

## THE FLYING DUTCHMAN.

English Translation by Ernest Newman.

### Ouverture.

### Overture.

Klavierauszug von Otto Singer.



Copyright 1913, by Breitkopf & Härtel, New-York.

R. W. 2 E.S.

Engraved and printed by C.G. Röder Ltd. London.





186

