Defendants' Submission Of Reports Of Expert Witness Lawrence Ferrara, Ph.D

# Exhibit 2

# Part II

# VISUAL

# EXHIBIT

# G

*From the United Artists Motion Picture "LIVE AND LET DIE"*

# LIVE AND LET DIE

Copyright © 1973 by UNITED ARTISTS MUSIC LTD., McCARTNEY MUSIC LTD., London, England
All Rights for the U.S. and Canada Controlled by UNART MUSIC CORPORATION
All Rights of UNART MUSIC CORPORATION Assigned to EMI CATALOGUE PARTNERSHIP
All Rights Administered by EMI UNART CATALOG INC.
All Rights Reserved

Words and Music by
PAUL McCARTNEY and LINDA McCARTNEY



FB9706

# VISUAL

# EXHIBIT

# H

# KASHMIR

Words and Music by
Jimmy Page, Robert Plant
& John Bonham



© 1975 (Renewed) FLAMES OF ALBION MUSIC INC.
All Rights Reserved for the World Controlled by WARNER CHAPPELL MUSIC LTD.
and Administered in the United States by WB MUSIC CORP.
All Right Reserved

Authorized for use by *Lawrence Ferrara*

2



Authorized for use by *Lawrence Ferrara*

3





Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*

10



Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*

# VISUAL

# EXHIBIT

I



# VISUAL

# EXHIBIT

# J

32

# Old Folks At Home

'Way down upon de Swanee ribber,
Far, far away,
Dere's wha my heart is turning ebber,
Dere's wha de old folks stay.
All up and down de whole creation,
Sadly I roam,
Still longing for de old plantation,
And for de old folks at home.

*Chorus*
All de world am sad and dreary,
Eb'rywhere I roam.
Oh, darkies, how my heart grows weary,
Far from de old folks at home.

STEPHEN C. FOSTER (1826–1864)
*Arranged by Maxwell Eckstein*



28918–107

# VISUAL

# EXHIBIT

# K

# JEAN SIBELIUS

(1865–1957)

# Symphonie Nr. 2
## D-dur

# Symphony No. 2
## in D major

## op. 43

herausgegeben von / edited by
Kari Kilpeläinen

Notentext der Gesamtausgabe / Music Text of the Complete Edition
*Jean Sibelius Works* I/3



## BREITKOPF & HÄRTEL

WIESBADEN · LEIPZIG · PARIS

Partitur-Bibliothek 5376
Printed in Germany



*An Axel Carpelan*

# Symphonie Nr. 2
## D-dur

Jean Sibelius  op. 43
herausgegeben von Kari Kilpeläinen

## I

© 2000 by Breitkopf & Härtel, Wiesbaden



# VISUAL

# EXHIBIT

# L

# H. VILLA-LOBOS

# Saudades das Selvas Brasileiras

## POUR PIANO

HVL

## ÉDITIONS MAX ESCHIG

215, rue du Faubourg Saint-Honoré 75008 PARIS

IMPRIME EN FRANCE

*à Mademoiselle Lili LUCAS*

# Saudades das sélvas brasileiras

POUR PIANO

H. VILLA-LOBOS

*Paris, 1927*

Animado ( M: 104 = ♩ )

Animé

PIANO







Rall.



029'3647

# VISUAL

# EXHIBIT

# M

# LUDWIG VAN BEETHOVEN
(1770 – 1827)

## Symphonie Nr. 7
A-dur

## Symphony No. 7
in A major

op. 92

herausgegeben von / edited by
Peter Hauschild



BREITKOPF & HÄRTEL
WIESBADEN · LEIPZIG · PARIS
Partitur-Bibliothek 5237
Printed in Germany

# Symphonie Nr. 7
## A-dur

Ludwig van Beethoven  op. 92
herausgegeben von Peter Hauschild



Partitur-Bibliothek 5237

© 1994 by Breitkopf & Härtel, Wiesbaden



