Case 1:08-cv-03386-TWT   Document 78   Filed 03/30/10   Page 1 of 4

FILED IN CLERK'S OFFICE
U.S.D.C Atlanta

MAR 30 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES WATT d/b/a Silverhawk Records, d/b/a Bend Of The River Publishing, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS BUTLER d/b/a Black Eye B Music, LEFABIAN WILLIAMS d/b/a Perry Homes Music Publishing, CARLOS WALKER d/b/a D4LXL Music, ADRIAN PARKS d/b/a Stoney Man Music (individually and d/b/a D4L); TERIYAKIE SMITH d/b/a Beatz 4 Da Streetz; MARK ROBINSON d/b/a Mark Your Mind Music; ATLANTIC RECORDS, LLC; ASYLUM RECORDS, LLC; and WEA CORP., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:08-CV-3386-TWT |

### DEFENDANTS' NOTICE OF FILING ORIGINAL DEPOSITIONS OF CHARLES WATT AND DR. GAGE AVERILL

Defendants Dennis Butler d/b/a Black Eye B Music, LaFabian Williams d/b/a Perry Homes Music Publishing, Carlos Walker d/b/a D4LXL Music, and Adrian Parks d/b/a Stoney Man Music (individually and collectively d/b/a D4L), Teriyakie Smith d/b/a Beatz 4 Da Streetz, Mark Robinson d/b/a Mark Your Mind Music, Atlantic Recording Corporation, Asylum Records, LLC and Warner-

Elektra-Atlantic Corporation (hereinafter collectively referred to as "Defendants") submit herewith the original depositions of Plaintiff CHARLES WATT and Plaintiff's expert witness DR. GAGE AVERILL.

## CERTIFICATE OF COMPLIANCE

Counsel for said Defendants hereby certifies that the font and point size, Times New Roman - 14 point, used in Defendants' Notice of Filing Original Depositions Of Charles Watt And Dr. Gage Averill are in compliance with Local Rule 5.1(C)(3).

This 30th day of March, 2010.

SCOTT D. SANDERS, P.C.

By: /s/ Scott D. Sanders
Scott D. Sanders, Esq.
Georgia Bar No. 625750
1348 Ponce De Leon Avenue
Atlanta, GA 30306
Bus.: (404) 687-9008
Fax: (404) 687-9088
E-mail: scott@entlaw.com

*Attorney for Defendants Dennis Butler d/b/a Black Eye B Music, LaFabian Williams d/b/a Perry Homes Music Publishing, Carlos Walker d/b/a D4LXL Music, Adrian Parks d/b/a Stoney Man Music, Mark Robinson d/b/a Mark Your Mind Music, Teriyakie Smith d/b/a Beatz 4 Da Streetz, Atlantic Records, LLC, Asylum Records, LLC and WEA Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES WATT d/b/a Silverhawk Records, d/b/a Bend Of The River Publishing, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS BUTLER d/b/a Black Eye B Music, LEFABIAN WILLIAMS d/b/a Perry Homes Music Publishing, CARLOS WALKER d/b/a D4LXL Music, ADRIAN PARKS d/b/a Stoney Man Music (individually and d/b/a D4L); TERIYAKIE SMITH d/b/a Beatz 4 Da Streetz; MARK ROBINSON d/b/a Mark Your Mind Music; ATLANTIC RECORDS, LLC; ASYLUM RECORDS, LLC; and WEA CORP., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:08-CV-3386-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day personally filed the foregoing **Defendants' Notice of Filing Original Depositions of Charles Watt And Dr. Gage Averill** in the United States District Court for the Northern District of Georgia with the Clerk of the Court, with notice and a copy of same being

electronically served by the Court, and by United States Mail by counsel for Defendants, on counsel for the Plaintiff as follows:

>Ronald T. Coleman, Esq.
>Patrice R. Walker, Esq.
>Parker Hudson Rainer & Dobbs, LLP
>1500 Marquis Two Tower
>285 Peachtree Center Avenue, NE
>Atlanta, GA 30303
>rcoleman@phrd.com
>pwalker@phrd.com
>
>Richard S. Busch, Esq.
>King & Ballow
>110 Union Street Plaza
>315 Union Street
>Nashville, TN 37201
>rbusch@kingballow.com

This 30th day of March, 2010.

BY: _____
Scott D. Sanders, Esq.