IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Charles Watt, d/b/a Silverhawk Records, d/b/a Bend of the River Publishing,<br><br>    Plaintiff,<br>v.<br><br>Dennis Butler d/b/a "Black Eye B Music," et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:08-CV-3386 (TWT)<br>)<br>) Jury Demand<br>)<br>)<br>)<br>) |

## DECLARATION OF CHARLES H. WATT, JR.

I, Charles H. Watt, Jr. declare as follows:

1. My name is Charles H. Watt, Jr. and I am a resident of Chattanooga, Tennessee. I am over the age of twenty-one and otherwise competent to give this Declaration, which is based on my personal knowledge.

2. I am the plaintiff in this case.

3. The song "Come Up" is also known as "Million Ways."

4. During my deposition, I testified I had distributed the song "Come Up" until 2003. Upon speaking with several artists I worked with, I believe I distributed "Come Up" until around the year 2005.

5.  Woodlawn Click performed the song "Come Up" publically in the Atlanta area at least 50 times.

6.  Woodlawn Click performed "Come Up" at Club Flavors and The Atrium, two night clubs in Atlanta, among others.

7.  Woodlawn Click also performed "Come Up" at the Jack the Rapper Convention (Georgia), the Hosea Williams Feed the Hungry Benefit, the Mechanicsville Festival (Georgia), the West End Festival (Georgia) and others.

8.  Attached hereto as Exhibit A is a true and correct copy of a video of Woodlawn Click performing "Come Up" at the Jack the Rapper Convention.

9.  Woodlawn Click recorded a video for "Come Up." Attached hereto as Exhibit B is a true and correct copy of the video for "Come Up" as it appeared on the television show "Front Row Video."

10. My record label, Silverhawk Records, advertised on Front Row Video and the show Comic Escape. Attached hereto as Exhibit C is a true and correct copy of that commercial. The advertisement specifically mentions "Million Ways" and Woodlawn Click.

11. A true and correct copy of "Come Up" as I distributed it is attached hereto as Exhibit D, track 1.

12. I understand a different sound recording of "Come Up" was provided to plaintiff's expert, Dr. Gage Averill. This was an alternate mix of "Come Up" that I did not distribute, but had in my files. A true and correct copy of this alternate mix is attached hereto as Exhibit D, track 2.

13. Both the video for "Come Up" (Exhibit B) and the live performance (Exhibit C) are the same version of "Come Up" as Exhibit D, track 1.

14. Attached hereto are true and correct as Exhibit E are true and correct copies of articles written about me and Silverhawk Records from *Birmingham Times* and *Chattanooga Times*.

15. I did not have anything to do with the mix of "Come Up" that was in the film "Black and Blue."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of April, 2010.

*Charles K. Whatt*

3