# Exhibit D

"COME UP" TRACK 1
&
"COME UP" TRACK 2

(MANUALLY FILED)