Charles Watt, et al. v. Dennis Butler, et al.                1:08-CV-3386-TWT
LeFabian Williams                                            August 26, 2009

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta                                             Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA        APR 20 2010
ATLANTA DIVISION
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk      ORIGINAL

CHARLES WATT d/b/a          )
Silverback Records,         )
d/b/a Bend of the           )
River Publishing,           )
                            )
        Plaintiff,          ) Civil Action File
                            ) No.
vs.                         ) 1:08-CV-3386-TWT
                            )
DENNIS BUTLER d/b/a         )
Black Eye B Music,          )
LAFABIAN WILLIAMS           )
d/b/a Perry Homes           )
Music Publishing,           )
Artist Publishing           )
Group, CARLOS WALKER        )
d/b/a D4LXL Music,          )
ADRIAN PARKS d/b/a          )
Stoney Man Music            )
(individually and           )
d/b/a D4L);                 )
TERIYAKIE SMITH             )
d/b/a Beatz 4 Da            )
Streetz; MARK               )
ROBINSON d/b/a Mark         )
Your Mind Music;            )
UNIVERSAL MUSIC-MGB         )
SONGS; ATLANTIC             )
RECORDS, LLC; ASYLUM        )
RECORDS, LLC; DEE           )
MONEY ENTERTAINMENT;        )
MARK JORDAN p/k/a DJ        )
Pooh and WEA CORP.,         )
                            )
        Defendants.         )

```
 1                          - - -

 2

        Deposition of LEFABIAN WILLIAMS

 3

                (Taken by Plaintiff)

 4

                Atlanta, Georgia

 5              August 26, 2009

 6

 7   Reported by: Lynne C. Fulwood
                  Certified Court Reporter

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```